

# NUMBER 13-12-00199-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GRADY DOWELL,**                                 **Appellant,**

**v.**

**GRACIE QUIROZ, AS ADMINISTRATRIX
OF THE ESTATE OF
MARIO GONZALEZ LIRA, NOE GONZALES,
MARIA ANGELA LIRA, MARILYN GUTIERREZ,
ANNETTE GUTIERREZ, NANCY GUTIERREZ
AND DAVID GUTIERREZ,**             **Appellees.**

---

# NUMBER 13-12-00583-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

# IN THE ESTATE OF MARIO GONZALEZ LIRA

---

## ORDER ABATING APPEALS

**Before Justices Rodriguez, Garza, and Perkes
Order Per Curiam**

Pending before the Court in each of the foregoing causes is appellant/appellee Grady Dowell's "Unopposed Motion to Clarify Order Abating Appeal and to Abate Appeal."  We hereby grant the motion in each cause.  Accordingly, this Court's January 10, 2014 "Order Abating Appeal" issued in cause number 13-12-00583-CV is hereby withdrawn as improvidently granted due to a clerical error.

After due consideration of the pleadings on file in these appeals, this Court has determined that additional briefing is necessary in both matters. The Court therefore requests supplemental briefing from the parties in each cause which shall be limited solely to the issue of the trial court's subject-matter jurisdiction to enter the judgment against Grady Dowell that is appealed in cause number 13-12-00199-CV and that is subject to the turnover dispute in cause number 13-12-00583-CV.  *See* TEX. R. APP. P. 38.7 ("A brief may be amended or supplemented whenever justice requires,

on whatever terms the court may prescribe."); *see also e.g., Jansen v. Fitzpatrick*, 14 S.W.3d 426, 432 (Tex. App.—Houston [14th Dist.] 2000, no pet.) (discussing a trial court's jurisdiction to determine heirship issues under Texas law).   In each cause, appellant's supplemental brief shall be filed within twenty days from the date of this order, and appellees' supplemental brief, if any, shall be filed within twenty days thereafter.

Given the procedural posture of these cases, cause 13-12-00583-CV is hereby removed from this Court's submission docket for January 28, 2014 and the Court will not hear oral argument in that cause on that date.   Cause 13-12-00583-CV will be set for submission at a later time to be determined after the supplemental briefing is filed in this Court.

Both appeals are hereby abated and removed from this Court's active docket until receipt of the requested briefing.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of January, 2014.

3